**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

2012 JUL 11 AM 7:28

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO GALARZA-BAUTISTA,

    Defendant.

CASE NO. 12CR1973-MMA

BY: M

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) as charged in the Indictment/Information:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/10/2012

Michael M. Anello
U.S. District Judge